IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Alexander O. Furman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JP Morgan Chase & Co., *et al.* | ) | No. 13 cv 06749 |
| | ) | |
| Defendant. | ) | Honorable Sara L. Ellis |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Alexander O. Furman, by his attorneys, HAGENS BERMAN SOBOL SHAPIRO, LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this matter with prejudice.

Dated: November 4, 2013               Respectfully submitted,


                                      By: /s/ Elizabeth Fegan

                                      Elizabeth Fegan
                                      HAGENS BERMAN SOBOL SHAPIRO
                                      1144 W. Lake St., Suite 400
                                      Oak Park, IL 60301
                                      (708) 628-4949
                                      beth@hbsslaw.com


                                      *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on November 4, 2013, a true and correct copy of the foregoing was filed electronically via CM/ECF. A true and correct copy of same was mailed to the agents for Defendants at the following addresses via U.S.P.S. regular mail and proper postage prepaid on this 4th day of November, 2013:

> JP Morgan Chase & Co.
> c/o CT Corporation System
> 208 S. LaSalle Street, Suite 814
> Chicago, Illinois  60604
>
> JPMorgan Chase Bank, National Association
> c/o CT Corporation System
> 1300 East Ninth Street
> Cleveland, Ohio  44114
>
> Chase Bank USA, N.A.
> c/o The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, Delaware  19801
>
> J.P. Morgan Securities LLC
> c/o CT Corporation System
> 208 S. LaSalle Street, Suite 814
> Chicago, Illinois  60604

By: /s/ Elizabeth A. Fegan